LONG DOCK COMPANY, APPELLANT, v. STATE BOARD OF TAXES AND ASSESSMENT, ETC., RESPONDENT.

Argued March 13, 1917—Decided May 24, 1917.

On appeal from the Supreme Court, whose opinion is reported in 89 *N. J. L.* 108.

(In re reassessments on second-class property for 1912.)

For the appellant, *Collins & Corbin.*

For the respondent, *John W. Wescott,* attorney-general, *John Bentley* and *John R. Hardin.*

PER CURIAM.

The judgment under review will be affirmed, for the reasons given in the *per curiam* in Long Dock Co. *v.* State Board of Taxes and Assessment, &c., No. 48 of the present term of this court.

*For affirmance*—THE CHANCELLOR, GARRISON, SWAYZE, TRENCHARD, BERGEN, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, JJ.   11.

*For reversal*—None.